**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MCKISKI, BARBARA A. | § Case No. 12-80966 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
 Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/03/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  08/29/2012        By:  /s/JOSEPH D. OLSEN
                                                              Trustee

JOSEPH D. OLSEN  
1318 EAST STATE STREET  
ROCKFORD, IL  61104-2228  
(815) 965-8635  
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MCKISKI, BARBARA A. § Case No. 12-80966
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 8,955.01 |
| *and approved disbursements of* | $ 86.30 |
| *leaving a balance on hand of* [1] | $ 8,868.71 |
| **Balance on hand:** | $ 8,868.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,868.71 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 1,645.50 | 0.00 | 1,645.50 |
| Trustee, Expenses - JOSEPH D. OLSEN | 52.20 | 0.00 | 52.20 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 987.50 | 0.00 | 987.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,685.20 |
| Remaining balance: | $ 6,183.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,183.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,183.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,870.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Auto Finance (CODB) | 4,551.51 | 0.00 | 763.33 |
| 2 | Commonwealth Edison Company | 1,552.64 | 0.00 | 260.39 |
| 3 | Cavalry Portfolio Services, LLC | 560.76 | 0.00 | 94.04 |
| 4 | Old Republic Insurance Company | 10,167.72 | 0.00 | 1,705.21 |
| 5 | US Departnment of Education | 17,300.16 | 0.00 | 2,901.38 |
| 6 | Metabank-Fingerhut | 195.26 | 0.00 | 32.75 |
| 7 | LVNV Funding, LLC its successors and assigns as | 148.35 | 0.00 | 24.88 |
| 8 | ROCKFORD MERCANTILE | 2,394.21 | 0.00 | 401.53 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 6,183.51 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-80966-MB
Barbara A. McKiski                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 3              Date Rcvd: Aug 31, 2012
                              Form ID: pdf006            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2012.
```
db         +Barbara A. McKiski,   3303 Kimball Rd.,   Rockford, IL 61114-5260
18626670   +ATG CREDIT LLC,   1043 W. GRANDVILLE,   CHICAGO, IL 60660-2152
18626668   +Alpine Bank,   P O Box 4777,   Rockford, IL 61110-4777
18626669   +Arrow Financial Services,   5996 Touhy Ave.,   Niles, IL 60714-4610
18626672   +Bloyer Well and Pump,   14312 Fulmar Drive,   South Beloit, IL 61080-2527
18626673   +Bradford Exchange,   9333 Milwaukee Ave,   Niles, IL 60714-1392
18626674   +Brian and Joni McKiski,   538 Anna Ave,   Machesney Park, IL 61115-3747
18626675   +Capital One,   P O Box 85617,   Richmond, VA 23276-0001
18626678   +Durand State Bank,   1005 Cameron Drive,   Durand, IL 61024-9005
18626680   +FIRST PREMIER BANK,   601 S MINNESOTA AVE,   SIOUX FALLS, SD 57104-4868
18683226   +Fingerhut,   6250 Ridgewood Road,   St Cloud, MN 56303-0820
18626681    Freeport Builders,   3665 N.Y.A.P. Rd,   Lena, IL 61048
18626683   +HSBC BANK,   PO BOX 19360,   PORTLAND, OR 97280-0360
18626682   +High Field Open MRI of Rockford,   6910 S. Madison St.,   Willowbrook, IL 60527-5504
18626684   +Illinois Pathology Services,   2875 W. 19th St.,   Chicago, IL 60623-3501
18626685   +John Deere,   P O Box 6600,   6400 NW 86th Street,   Johnston, IA 50131-3087
18626686   +John Deere Financial Dept,   P O Box 6600,   Johnston, IA 50131-6600
18626687   +LTD Commodities,   2800 Lakeside Drive,   Deerfield, IL 60015-1280
18626688   +Meridian Implement,   1011 S. Meridian Rd.,   Rockford, IL 61102-1199
19018978   +Metabank-Fingerhut,   6250 Ridgewood Rd,   St. Cloud, MN 56303-0820
18626689   +Mutual Management Services,   P. O. Box 27008,   Phoenix, AZ 85061-7008
18626690   +North Shore Agency,   PO Box 9205,   Old Bethpage, NY 11804-9005
18626693   +OSF Business Office,   5666 E. State St.,   Rockford, IL 61108-2425
18626694   +OSF Saint Anthony Hospital,   5666 E. State St.,   Rockford, IL 61108-2472
18626691   +Ocwen Loan Servicing,   P O Box 740616,   Atlanta, GA 30374-0616
18626692   +Old Republic Insurance Company,   307 North Michigan Ave,   Suite 1300,   Chicago, IL 60601-5403
18626695   +Perryville Surgical,   535 Roxbury,   Rockford, IL 61107-5076
18626697   +ROCKFORD MERCANTILE,   2502 S ALPINE RD,   ROCKFORD, IL 61108-7813
18626696   +Rockford Gastroenterology,   401 Roxbury,   Rockford, IL 61107-5078
18626699   +Rockford Radiologists,   2400 N. Rockton Ave.,   Rockford, IL 61103-3655
18626700   +SANTANDER CONSUMER USA,   PO BOX 961205,   FT WORTH, TX 76161-0244
18626701   #+Synergetic Communication,   1301 E. 3rd Ave,   Suite 200,   Post Falls, ID 83854-7545
18626702   ++U S DEPARTMENT OF EDUCATION,   P O BOX 5609,   GREENVILLE TX 75403-5609
            (address filed with court: US DEPT ED,   PO BOX 7202,   UTICA, NY 13504-7202)
18962125    US Departnment of Education,   Direct Loan Servicing Center,   PO BOX 5609,
             Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18626667   +E-mail/Text: ars5183harlem@aol.com Sep 01 2012 00:25:52     ACCT RCV SVC,   5183 HARLEM RD STE,
             LOVES PARK, IL 61111-3448
18626677    E-mail/Text: bankruptcy@cavps.com Sep 01 2012 00:26:34     Cavalry Portfolio Services,
             7 Skyline Drive Ste 3,   Hawthorne, NY 10532
18626676   +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Sep 01 2012 00:24:12
             Capital One Auto Finance,   3901 Dallas Parkway,   Plano, TX 75093-7864
18858250   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 01 2012 03:53:44
             Capital One Auto Finance (CODB),   P.O. Box 201347,   Arlington, TX 76006-1347
18944500   +E-mail/Text: bankruptcy@cavps.com Sep 01 2012 00:26:34     Cavalry Portfolio Services, LLC,
             500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
18869463   +E-mail/Text: legalcollections@comed.com Sep 01 2012 00:23:34     Commonwealth Edison Company,
             3 Lincoln Centre,   Oakbrook Terrace, Il 60181-4204,   Attn: Bankruptcy Dep.
19143429    E-mail/Text: resurgentbknotifications@resurgent.com Sep 01 2012 00:21:00
             LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,   LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18626679      FHUT/METBK
18626698*  +Rockford Mercantile,   2502 S. Alpine Rd.,   Rockford, IL 61108-7813
18626671   ##+Automated Recovery Solutions,   P O Box 941090,   Maitland, FL 32794-1090
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez              Page 2 of 3              Date Rcvd: Aug 31, 2012
                              Form ID: pdf006            Total Noticed: 41

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2012**                          **Signature:**    _Joseph Speetjens_

Certificate of Notice    Page 8 of 8

```
District/off: 0752-3          User: cshabez              Page 3 of 3                  Date Rcvd: Aug 31, 2012
                              Form ID: pdf006            Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2012 at the address(es) listed below:

```
              Craig A Willette     on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              Donald P Sullivan    on behalf of Debtor Barbara McKiski dpsullivanlaw@gmail.com
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                            TOTAL: 5
```