**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MCKISKI, BARBARA A.                    § Case No. 12-80966
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $306,336.55                    Assets Exempt: $273,566.35
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,183.51       Claims Discharged
                                                 Without Payment: $30,687.10

Total Expenses of Administration: $2,771.50

3) Total gross receipts of $ 8,955.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,955.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,784.00 | 2,771.50 | 2,771.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 36,870.61 | 36,870.61 | 6,183.51 |
| **TOTAL DISBURSEMENTS** | $0.00 | $38,654.61 | $39,642.11 | $8,955.01 |

4) This case was originally filed under Chapter 7 on March 15, 2012. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/03/2012            By: /s/JOSEPH D. OLSEN
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| John Deere (surplus funds liquid collateral) | 1229-000 | 8,955.01 |
| **TOTAL GROSS RECEIPTS** | | **$8,955.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,645.50 | 1,645.50 | 1,645.50 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 52.20 | 52.20 | 52.20 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 987.50 | 987.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 11.30 | 11.30 | 11.30 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $1,784.00 | $2,771.50 | $2,771.50 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Auto Finance (CODB) | 7100-000 | N/A | 4,551.51 | 4,551.51 | 763.33 |
| 2 | Commonwealth Edison Company | 7100-000 | N/A | 1,552.64 | 1,552.64 | 260.39 |
| 3 | Cavalry Portfolio Services, LLC | 7100-000 | N/A | 560.76 | 560.76 | 94.04 |
| 4 | Old Republic Insurance Company | 7100-000 | N/A | 10,167.72 | 10,167.72 | 1,705.21 |
| 5 | US Departnment of Education | 7100-000 | N/A | 17,300.16 | 17,300.16 | 2,901.38 |
| 6 | Metabank-Fingerhut | 7100-000 | N/A | 195.26 | 195.26 | 32.75 |
| 7 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 148.35 | 148.35 | 24.88 |
| 8 | ROCKFORD MERCANTILE | 7100-000 | N/A | 2,394.21 | 2,394.21 | 401.53 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $36,870.61 | $36,870.61 | $6,183.51 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80966  
**Case Name:** MCKISKI, BARBARA A.  
**Period Ending:** 12/03/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/15/12 (f)  
**§341(a) Meeting Date:** 04/23/12  
**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking First National Roscoe, IL 61073 | 225.00 | 0.00 | DA | 0.00 | FA |
| 3 | Landlord Security Deposit | 850.00 | 0.00 | DA | 0.00 | FA |
| 4 | Com Ed Security Deposit | 275.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | DVDs and tapes | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Porcelain wolf collection | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Jewelry | 750.00 | 0.00 | DA | 0.00 | FA |
| 10 | Whole life policy Met Life $50,000.00 No Cash Va | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Met Life IRA | 267,416.35 | 0.00 | DA | 0.00 | FA |
| 12 | Stock shares Playboy enterprises | 20.20 | 0.00 | DA | 0.00 | FA |
| 13 | McKiski and Sons Nominal Value | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Life insurance claim | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Olsmobile Intrigue | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Mower, Bucket, and Forks, Trailer | 7,000.00 | 4,000.00 | DA | 0.00 | FA |
| 17 | John Deere (surplus funds liquid collateral)  (u) | 8,955.01 | 8,955.01 | | 8,955.01 | FA |
| 18 | 2002 Dump Truck  (u) | 0.00 | 5,000.00 | DA | 0.00 | FA |
| 18 | **Assets** **Totals** (Excluding unknown values) | **$315,291.56** | **$17,955.01** | | **$8,955.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2012       **Current Projected Date Of Final Report (TFR):** December 31, 2012

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-80966
**Case Name:** MCKISKI, BARBARA A.

**Taxpayer ID #:** **-***2797
**Period Ending:** 12/03/12

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******49-66 - Checking Account
**Blanket Bond:** $820,095.60 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/12 | {17} | John Deere Financial | surplus funds - liquidate collateral | 1229-000 | 8,955.01 | | 8,955.01 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,930.01 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,905.01 |
| 06/05/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #12-80966, #016018067 | 2300-000 | | 11.30 | 8,893.71 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,868.71 |
| 10/03/12 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $987.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 987.50 | 7,881.21 |
| 10/03/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,645.50, Trustee Compensation; Reference: | 2100-000 | | 1,645.50 | 6,235.71 |
| 10/03/12 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $52.20, Trustee Expenses; Reference: | 2200-000 | | 52.20 | 6,183.51 |
| 10/03/12 | 105 | Capital One Auto Finance (CODB) | Dividend paid 16.77% on $4,551.51; Claim# 1; Filed: $4,551.51; Reference: | 7100-000 | | 763.33 | 5,420.18 |
| 10/03/12 | 106 | Commonwealth Edison Company | Dividend paid 16.77% on $1,552.64; Claim# 2; Filed: $1,552.64; Reference: | 7100-000 | | 260.39 | 5,159.79 |
| 10/03/12 | 107 | Cavalry Portfolio Services, LLC | Dividend paid 16.77% on $560.76; Claim# 3; Filed: $560.76; Reference: | 7100-000 | | 94.04 | 5,065.75 |
| 10/03/12 | 108 | Old Republic Insurance Company | Dividend paid 16.77% on $10,167.72; Claim# 4; Filed: $10,167.72; Reference: | 7100-000 | | 1,705.21 | 3,360.54 |
| 10/03/12 | 109 | US Departnment of Education | Dividend paid 16.77% on $17,300.16; Claim# 5; Filed: $17,300.16; Reference: | 7100-000 | | 2,901.38 | 459.16 |
| 10/03/12 | 110 | Metabank-Fingerhut | Dividend paid 16.77% on $195.26; Claim# 6; Filed: $195.26; Reference: | 7100-000 | | 32.75 | 426.41 |
| 10/03/12 | 111 | LVNV Funding, LLC its successors and assigns as | Dividend paid 16.77% on $148.35; Claim# 7; Filed: $148.35; Reference: | 7100-000 | | 24.88 | 401.53 |
| 10/03/12 | 112 | ROCKFORD MERCANTILE | Dividend paid 16.77% on $2,394.21; Claim# 8; Filed: $2,394.21; Reference: | 7100-000 | | 401.53 | 0.00 |

| | | | |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 8,955.01 | 8,955.01 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 8,955.01 | 8,955.01 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $8,955.01 | $8,955.01 | |

{} Asset reference(s)                                                      Printed: 12/03/2012 06:23 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-80966  
**Case Name:** MCKISKI, BARBARA A.

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******49-66 - Checking Account

**Taxpayer ID #:** **-***2797  
**Period Ending:** 12/03/12

**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   8,955.01  
_____  
Net Estate :   $8,955.01

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******49-66 | 8,955.01 | 8,955.01 | 0.00 |
|  | $8,955.01 | $8,955.01 | $0.00 |

{} Asset reference(s)